UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | **Case No.: 2:18-cv-00239-MJP** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **IN ADMIRALTY** |
| vs. | ) | |
| | ) | **ORDER ON STIPULATED MOTION TO** |
| JOHN FREITAS, SR.; CAROLYN FREITAS | ) | **CONTINUE DEADLINE TO FILE** |
| and NAZARY CABOZ, | ) | **JOINT STATUS REPORT** |
| *in personam,* | ) | |
| | ) | **[LCR 7(d)(1)]** |
| Defendants. | ) | |
| | ) | **Note On Motion Calendar: May 30, 2018** |
| | ) | |
| | ) | |

CHAD A. READLER
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Plaintiff United States of America

ORDER ON STIPULATED
MOTION TO CONTINUE
DEADLINE TO FILE JOINT
STATUS REPORT

The parties hereby file this stipulated motion for an order continuing the deadline for the parties to file their joint status report. The report was originally due on May 1, 2018. However, the parties sought, and were granted a continuance of this date to June 1, 2018. The parties now move for a second 30-day continuance based upon the fact that on May 17, 2018, the parties filed a joint motion for an order transferring this action from this Court to the United States District Court, Southern District of California pursuant to 28 U.S.C. § 1404(a). This motion is noted on the Court's motion calendar for June 8, 2018. Should the Court grant the parties' motion to transfer venue, it is expected that a new scheduling order will be issued by the Judge of the Court to which the case is transferred.

Dated: May 30, 2018.   Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office

/s/ Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty
U.S. Department of Justice

Attorneys for Plaintiff United States of America

Dated: May 30, 2018   OGDEN MURPHY WALLACE, P.L.L.C.

/s/ Geoff J. Bridgman
Geoff Bridgman, WSB #25242

901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008
Tel: (206) 447-7000
gbridgman@omwlaw.com

Attorneys for Defendant Nazary Caboz

ORDER ON STIPULATED
MOTION TO CONTINUE
DEADLINE TO FILE JOINT
STATUS REPORT

1

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA 94102
(415) 436-6645

1  IT IS SO ORDERED.

2  Dated: May 30, 2018

   Marsha J. Pechman
   United States District Judge

28 ORDER ON STIPULATED
   MOTION TO CONTINUE
   DEADLINE TO FILE JOINT                2
   STATUS REPORT