UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | **Case No.: 2:18-cv-00239** |
| | ) | |
| Plaintiff, | ) | **IN ADMIRALTY** |
| | ) | |
| vs. | ) | **ORDER RE: JOINT MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA [28 U.S.C. § 1404(a)]** |
| JOHN FREITAS, SR.; CAROLYN FREITAS and NAZARY CABOZ, *in personam,* | ) ) ) | |
| | ) | |
| Defendants. | ) | **Note On Motion Calendar: June 8, 2018** |

ORDER TRANSFERRING VENUE

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA 94102
(415) 436-6645

Upon considering the joint motion filed by the parties hereto, the Court finds that the transfer of venue from this Court to the Southern District of California is in the best interest of justice and would be convenient to all parties. THEREFORE IT IS ORDERED THAT this case, Case No. 2:18-cv-00239, is hereby transferred to the United States District Court, Southern District of California.

Dated this 8th day of June, 2018.

                                            Marsha J. Pechman
                                            United States District Judge

Presented by:

CHAD A. READLER
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office

/s/ Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty
U.S. Department of Justice

Attorneys for Plaintiff United States of America

OGDEN MURPHY WALLACE, P.L.L.C.

/s/ Geoff J. Bridgman
Geoff Bridgman, WSB #25242

901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008
gbridgman@omwlaw.com

Attorneys for Defendant Nazary Caboz